IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAN HYATT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 10 C 5602 |
| | ) |
| EXPERIAN INFORMATION SYSTEMS, | ) |
| | ) |
| Defendant. | ) |

MEMORANDUM ORDER

In response to this Court's October 14 memorandum order ("Order") that identified several problems with its Answer and Affirmative Defenses ("ADs") to the Fair Credit Reporting Act action by Dan Hyatt ("Hyatt"), Experian Information Solutions, Inc. ("Experian") has filed an Amended Answer together with two ADs. Although that new pleading has addressed nearly every problem identified in the Order,[1] there is one notable exception: AD 1 continues to violate the principle set out in App'x ¶5 to State Farm Mut. Auto. Ins. Co. v. Riley, 199 F.R.D. 276, 279 (N.D. Ill. 2001), and it is stricken without leave to replead.

_____
Milton I. Shadur
Senior United States District Judge

Date: November 1, 2010

---

[1] Experian's counsel has not provided any confirmation of his compliance with the last paragraph of the Order, but this Court trusts that is en route to its chambers.